

# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN
MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK OF
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 01, 2013

Richard Brooks Dulany Jr.
Bexar County Appellate Public
Defender's Office
Paul Elizondo Tower
101 W. Nueva St., Suite 310
San Antonio, TX 78205

Anthony Shields
P. O. Box 39881
San Antonio, TX 78218

Ricardo Vela Jr.
Paul Elizondo Tower
101 W. Nueva, 3rd floor
San Antonio, TX 78205

RE:    Court of Appeals Number:   04-13-00049-CR
        Trial Court Case Number:   980448
        Style:  Anthony Shields
                v.
           The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Carmen De Leon
Deputy Clerk, Ext. 53262

FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 01, 2013

No. 04-13-00049-CR

Anthony **SHIELDS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 980448
Honorable Jason Wolff, Judge Presiding

# O R D E R

On March 11, 2013, appellant filed a *pro se* motion for an extension of time in which to file his brief. On March 26, 2013, appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed the appellant of his right to file his own brief. *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). The State has filed a letter waiving its right to file an appellee's brief unless the appellant files a pro se brief.

Appellant's *pro* se motion is GRANTED and, if the appellant desires to file a pro se brief, he must do so no later than May 17, 2013. *See Bruns*, 924 S.W.2d at 177 n.1. If the appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date the appellant's pro se brief is filed in this court. It is further ORDERED that the motion to withdraw, filed by appellant's counsel, is HELD IN ABEYANCE pending further order of the court.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2013.

_____
Keith E. Hottle
Clerk of Court

FILE COPY

*MINUTES*
Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

April 01, 2013

No. 04-13-00049-CR

Anthony **SHIELDS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 980448
Honorable Jason Wolff, Judge Presiding

# ORDER

On March 11, 2013, appellant filed a *pro se* motion for an extension of time in which to file his brief. On March 26, 2013, appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel has informed the appellant of his right to file his own brief. *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). The State has filed a letter waiving its right to file an appellee's brief unless the appellant files a pro se brief.

Appellant's *pro* se motion is GRANTED and, if the appellant desires to file a pro se brief, he must do so no later than May 17, 2013. *See Bruns*, 924 S.W.2d at 177 n.1. If the appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date the appellant's pro se brief is filed in this court. It is further ORDERED that the motion to withdraw, filed by appellant's counsel, is HELD IN ABEYANCE pending further order of the court.

/s/Sandee Bryan Marion
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this

/s/Keith E. Hottle
Keith E. Hottle
Clerk of Court

ENTERED THIS 1ST DAY OF April, 2013.